

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

MEMORANDUM ORDER

Appellate case name:     *Masoud Sanati v. Kamran Arab Nka Kamran Armani Azar*

Appellate case number:   01-18-00325-CV

Trial court case number:  1091270

Trial court:              County Civil Court at Law No. 1 of Harris County

Appellee Kamran Arab N/K/A Kamran Armani Azar filed a motion for rehearing of this court's July 2, 2019 opinion. The court requests a response to this motion. The response is **due** on **Thursday, August 8, 2019**. The appellee's reply to the response is **due** on **Thursday, August 15, 2019**.

It is so **ORDERED**.

Judge's signature: ____/s/ Peter Kelly_____
                ☒ Acting individually   ☐ Acting for the Court

Date: ___July 25, 2019___